[PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 19-14374
Non-Argument Calendar

_____

D.C. Docket No. 0:19-cv-62498-WPD

RAFAEL FERNANDEZ GARCIA,

Petitioner-Appellant,

versus

UNITED STATES OF AMERICA,

Respondent-Appellee.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

Before GRANT, LUCK, and ED CARNES, Circuit Judges.

PER CURIAM:

Our previously issued opinion in this case, Garcia v. United States, ___ F.3d ___, 2021 WL 68305 (11th Cir. Jan. 8, 2021), is vacated.  The application for a certificate of appealability will be held in abeyance pending a decision in Granda v. United States, No. 17-15194, or Foster v. United States, No. 19-14771, or both of those cases.

2